| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Wherry, Jr., Robert A. | 2. Court or Organization<br><br>U.S. Tax Court | 3. Date of Report<br><br>04/22/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Tax Court Judge - Active (Senior Status as of 4/7/14) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination        Date<br>☐ Initial   ☑ Annual        ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>U.S. Tax Court<br>400 Second Street, N.W., # 413<br>Washington, D.C. 20217 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 03/31/03 | Lentz, Evans and King P.C., Resignation & Redemption Agreement provides for stock redemption, resolution of lease, malpractice, and payment for in-process work. |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 04/22/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SunTrust Bank Various Accts | A | Interest | K | T | | | | | |
| 2. COCBF Stock | | None | J | T | | | | | |
| 3. TRANSAMERICA LIFE INS. POLICY | A | Interest | J | V | | | | | See Part VIII |
| 4. COMMONWEALTH ANNUITY . & LIFE INSURANCE | A | Interest | J | V | | | | | See Part VIII |
| 5. IRA #4 (CHARLES SCHWAB IRA) | | | | | | | | | |
| 6. -MONEY MARKET - SWEEP ACCOUNT (SWSXX) | A | Interest | O | T | | | | | |
| 7. -COASTAL CARRIBBEAN OIL (COCBF) | | None | J | T | | | | | |
| 8. -FIVE STAR QUALITY CARE INC (FVE) | | None | | | Buy (add'l) | 04/29/13 | J | | |
| 9. | | | | | Sold | 07/10/13 | K | D | |
| 10. -IBM | C | Dividend | | | Buy (add'l) | 02/05/13 | K | | |
| 11. | | | | | Buy (add'l) | 02/07/13 | K | | |
| 12. | | | | | Buy (add'l) | 03/12/13 | K | | |
| 13. | | | | | Sold (part) | 11/18/13 | L | E | |
| 14. | | | | | Sold | 12/30/13 | L | | |
| 15. -NEUROCRINE BIO INC (NBIX) | | None | | | Buy (add'l) | 05/28/13 | J | | |
| 16. | | | | | Sold (part) | 09/09/13 | K | D | |
| 17. | | | | | Sold | 11/11/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -A POWER EGYGENERTN (APWR) (Y) | | None | | | | | | | See Part VIII |
| 19. -CATERPILLAR INC. (CAT) | A | Dividend | K | T | | | | | |
| 20. -EMERSON ELECTRIC CO. (EMR) | | | | | Sold | 01/30/13 | K | B | |
| 21. -UNION PACIFIC CORP. (UNP) | A | Dividend | | | Sold | 01/29/13 | M | E | |
| 22. | | | | | Buy | 03/18/13 | L | | |
| 23. | | | | | Buy (add'l) | 04/16/13 | J | | |
| 24. | | | | | Sold | 05/08/13 | L | D | |
| 25. -C S X CORP. (CSX) | A | Dividend | | | Sold | 04/10/13 | L | D | |
| 26. -INGERSOLL RAND CO. (IR) | | | | | Sold | 01/29/13 | K | D | |
| 27. -NRG ENERGY, INC. (NRG) | A | Dividend | | | Sold | 04/11/13 | K | D | |
| 28. -EXXON MOBIL CORP. (XOM) | A | Dividend | | | Sold | 01/29/13 | K | D | |
| 29. | | | | | Buy | 02/01/13 | K | | |
| 30. | | | | | Sold | 03/14/13 | K | A | |
| 31. -GENERAL ELECTRIC (GE) | B | Dividend | L | T | Buy (add'l) | 01/30/13 | J | | |
| 32. | | | | | Buy (add'l) | 03/26/13 | J | | |
| 33. | | | | | Buy (add'l) | 09/09/13 | J | | |
| 34. -NACEL ENERGY CORP. (NCEN) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -JOHNSON & JOHNSON (JNJ) | | | | | Sold | 01/30/13 | K | D | |
| 36. -COCA COLA COMPANY (KO) | A | Dividend | | | Sold | 04/10/13 | K | D | |
| 37. -AES CORP. (AES) | A | Dividend | K | T | | | | | |
| 38. -PLURISTEM THERAPEUTICS (PSTI) | | None | J | T | | | | | |
| 39. -ARCHER-DANIELS-MIDLAND CO. (ADM) | A | Dividend | | | Sold | 03/12/13 | K | B | |
| 40. -ATHERSYS. INC. (ATHX) | | None | | | Sold | 09/16/13 | J | | |
| 41. -ALCOA INC. (AA) | A | Dividend | | | Buy (add'l) | 04/16/13 | J | | |
| 42. | | | | | Sold | 08/01/13 | K | | |
| 43. -CHEVRON CORP. (CVX) | B | Dividend | L | T | Buy (add'l) | 01/18/13 | K | | |
| 44. | | | | | Sold | 05/20/13 | L | E | |
| 45. | | | | | Buy | 08/16/13 | L | | |
| 46. -CONOCOPHILLIPS (COP) | C | Dividend | L | T | Buy (add'l) | 01/30/13 | K | | |
| 47. -FREEPORT MCMORAN COPPER (FCX) | B | Dividend | | | Buy (add'l) | 01/31/13 | J | | |
| 48. | | | | | Sold | 09/06/13 | K | | |
| 49. -EDWARDS LIFESCIENCES CP (EW) | | None | | | Sold | 01/17/13 | K | C | |
| 50. -TESCO PLC SPONSORED (TSCDY) | B | Dividend | | | Sold | 08/22/13 | L | | |
| 51. -KINDER MORGAN (KMI) | A | Dividend | | | Sold | 04/10/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -KINDER MORGAN WARRANTS (KMIWS) | | None | | | Buy (add'l) | 02/08/13 | J | | |
| 53. | | | | | Sold | 05/16/13 | J | C | |
| 54. -PHILLIPS 66 (PSX) | B | Dividend | | | Buy (add'l) | 07/09/13 | K | | |
| 55. | | | | | Buy (add'l) | 08/16/13 | J | | |
| 56. | | | | | Sold | 11/14/13 | L | E | |
| 57. -NATIONAL OIL WELL VARCO (NOV) | A | Dividend | L | T | Buy | 02/01/13 | L | | |
| 58. -PEPSICO INCORPORATED (PEP) | A | Dividend | L | T | Buy | 03/18/13 | K | | |
| 59. | | | | | Buy (add'l) | 08/16/13 | K | | |
| 60. | | | | | Buy (add'l) | 09/09/13 | K | | |
| 61. -APPLE INC. (APPL) | B | Dividend | | | Buy | 04/17/13 | K | | |
| 62. | | | | | Buy (add'l) | 05/06/13 | K | | |
| 63. | | | | | Buy (add'l) | 05/07/13 | K | | |
| 64. | | | | | Sold | 08/13/13 | M | D | |
| 65. -GENERAL MOTORS (GM) | | None | K | T | Buy | 08/16/13 | K | | |
| 66. -SANMINA CORPORATION (SANM) | A | Dividend | | | Buy | 01/31/13 | J | | |
| 67. | | | | | Buy (add'l) | 03/18/13 | J | | |
| 68. | | | | | Sold | 07/08/13 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 04/22/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. GREAT AMERICAN FIN. RES. f/k/a MANHATTAN NAT'L LIFE | B | Interest | K | T | | | | | See Part VIII |
| 70. | | | | | | | | | |
| 71. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wherry, Jr., Robert A. | 04/22/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Items 3, 4, 69 -- These are life insurance policies. The values are based on cash surrender values.

Item 18 -- A-POWER EGY GENERTN -- Registration Revoked BY SEC, Effective 11/05/12. THIS SECURITY WILL NOT BE REPORTED NEXT YEAR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert A. Wherry, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544